Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone:   (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE WALL SAWING COMPANY, INC., a California corporation; and KENYON C. BARNES, an Individual, <br><br> Defendants. | Case No.:  C06-7539 SC <br><br> **PLAINTIFFS' REQUEST FOR ORDER OF DISMISSAL; ORDER THEREON** |

///

///

///

-1-
PLAINTIFFS' REQUEST FOR ORDER OF DISMISSAL; ORDER THEREON

Plaintiffs Trust Funds respectfully request that this Court issue an Order of Dismissal, dismissing this action, without prejudice, as against Concrete Wall Sawing Company, Inc., a California corporation; and Kenyon C. Barnes, an Individual, on the grounds that Defendants have made satisfactory payment to Plaintiffs Trust Funds of the outstanding employee fringe benefit contributions that were the subject of this action.

DATED: February 15, 2007

BULLIVANT HOUSER BAILEY PC

By _____
   Ronald L. Richman

Attorneys for Plaintiffs

### ORDER OF DISMISSAL

Based on the foregoing and good cause appearing therefore:

IT IS HEREBY ORDERED that this action, in its entirety, be dismissed, without prejudice, as against Concrete Wall Sawing Company, Inc., a California corporation; and Kenyon C. Barnes, an Individual, each side to bear its own attorneys' fees and costs.

DATED: February ____, 2007

By _____
   HON. S.
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

IMANAGE_SFO:6076375.1